NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GODADDY.COM, LLC,**
*Plaintiff-Appellee*

**v.**

**RPOST COMMUNICATIONS LIMITED, RMAIL LIMITED, RPOST INTERNATIONAL LIMITED, RPOST HOLDINGS INCORPORATED,**
*Defendants-Appellants*

---

2016-2335

---

Appeal from the United States District Court for the District of Arizona in No. 2:14-cv-00126-JAT, Senior Judge James A. Teilborg.

---

## JUDGMENT

---

BRIAN W. LaCORTE, Ballard Spahr LLP, Phoenix, AZ, argued for plaintiff-appellee. Also represented by JONATHON A. TALCOTT, JESSICA A. WILSON.

LEWIS EMERY HUDNELL, III, Hudnell Law Group PC, Mountain View, CA, argued for defendants-appellants.

MAXIMILIAN A. GRANT, Latham & Watkins LLP, Washington, DC, for amicus curiae Endurance International Group, Inc. Also represented by GABRIEL BELL, ABIGAIL A. RIVES; RICHARD GREGORY FRENKEL, Menlo Park, CA.

CASEY L. GRIFFITH, Griffith Bates Champion & Harper LLP, Dallas, TX, for amicus curiae Raymond A. Mercado, Ph.D

————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (DYK, BRYSON, and CHEN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


May 5, 2017                    /s/ Peter R. Marksteiner
   Date                          Peter R. Marksteiner
                                 Clerk of Court